United States District Court

Eastern District of California

| | |
|---|---|
| United States of America, | |
|     Plaintiff, | No. CR.99-0043 WBS<br>CIV.05-0167 WBS PAN |
|   vs. | Order |
| Derrick Williams, et al., | |
|     Defendant. | |

-oOo-

    Defendant Thomas Raymond Ross, a federal prisoner proceeding pro se, has moved to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  Since he may be entitled to the requested relief if he can establish a violation of his constitutional rights, plaintiff shall file an answer within 30 days of the effective date of this order.  See Rule 4, Rules Governing Section 2255 Proceedings.

    Plaintiff shall include with the answer any and all transcripts or other documents relevant to the determination of

1 the issues presented in the motion.  Rule 5, Rules Governing
2 Section 2255 Proceedings.  Defendant's reply, if any, is due on
3 or before 30 days from the date plaintiff's answer is filed.
4    The Clerk of the Court shall serve a copy of this order,
5 together with a copy of defendant Ross' January 22, 2005, motion
6 and memorandum of points and authorities in support thereof, on
7 the United States Attorney or his authorized representative.
8    So ordered.
9    Dated:  September 20, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge