United States District Court

Eastern District of California

United States of America,

       Plaintiff,　　　　　　　　　No. CR. S 99-0043 WBS

  vs.　　　　　　　　　　　　　Order

Thomas Raymond Ross,

       Defendant.

-oOo-

    Defendant, who proceeds without counsel, moved to vacate or modify his sentence.  The court ordered plaintiff to respond.  Good cause appearing, plaintiff's time to respond is extended to April 17, 2006.

    So ordered.

    Dated:  January 31, 2006.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge