IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                               No. CR S-99-0043 WBS PAN P

    vs.

THOMAS RAYMOND ROSS,

    Movant.                                  <u>ORDER</u>

_____/

        Respondent has filed a request for a third extension of time in which to file and serve a response to movant's January 22, 2005 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Respondent represents that movant's counsel has no opposition to the request.

        Accordingly, IT IS ORDERED that:

        1. Respondent's April 17, 2006 request for a third extension of time is granted;

        2. Respondent's response to movant's § 2255 motion shall be filed and served not later than May 31, 2006; and

/////

/////

/////

1

3.  Movant's traverse shall be filed and served not later than thirty days thereafter.

DATED: April 20, 2006.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

12
ross0043.ext3