McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S-99-043 WBS |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| THOMAS RAYMOND ROSS, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

        For good cause as established in the government's request for
an extension of time;

        IT IS HEREBY ORDERED, that the government may have until
July 12, 2006 to respond to the petitioner's motion in this
matter.

DATED: June 5, 2006.


_____
UNITED STATES MAGISTRATE JUDGE


ross0043.ext4