```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. S-99-043 WBS
                                 )
12       Plaintiff/Respondent,   )
                                 )  GOVERNMENT'S FIFTH REQUEST
13            v.                 )  FOR EXTENSION OF TIME
                                 )  TO RESPOND TO PETITIONER'S
14  THOMAS RAYMOND ROSS,         )  28 U.S.C. § 2255 MOTION;
                                 )  [PROPOSED] ORDER
15       Defendant/Petitioner.   )
    _____)
16
```

17     The United States, by and through its undersigned counsel,
18 hereby requests an extension of time through and including
19 August 21, 2006, to file its response to the petitioner's 28
20 U.S.C. § 2255 motion.  The reasons underlying the requested
21 extension are detailed in the attached Declaration of Assistant
22 United States Attorney Kenneth J. Melikian.

23 DATED: May 30, 2006              Respectfully submitted,

24                                  McGREGOR W. SCOTT
                                    United States Attorney
25

26
                                    B:/s/ Kenneth J. Melikian
27                                  KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
28

1                DECLARATION OF KENNETH J. MELIKIAN

2        I, Kenneth J. Melikian, declare:

3        1.   I am an Assistant United States Attorney for the Eastern District of California, and I am assigned to prosecute the above-entitled case.  I was the lead AUSA at the trial in this case, and I was the only AUSA who handled the defendant's appeal in the Ninth Circuit.

8        2.   On or about January 21, 2005, the defendant filed a motion pursuant to 28 U.S.C. § 2255 in which he advanced six separate grounds for relief.  Said motion constituted thirty-nine pages, with attached affidavits constituting an additional twenty pages.

13       3.   On or about September 20, 2005, the court filed an order in which it directed the government to file a response to the defendant's § 2255 motion within thirty days.

16       4.   Under the best of circumstances, it would have been very difficult to prepare the government's response in this case in thirty days.  First, the defendant did not plead guilty, but rather was convicted by a jury.  Second, the issues at trial were significant, as evidenced by the Ninth Circuit publishing its opinion affirming the defendant's conviction (United States v. Ross, 338 F.3d 1054 (9th Cir. 2003)).  And finally, the defendant presented six separate grounds for relief in his § 2255 motion.  Five of these grounds present complex issues, and they can not be responded to without a significant effort.

26       5.   Due to my prosecution of the jury trial in United States v. Greer, et. al., CR. S-03-042 FCD, I previously requested and received two extensions from the court to file the government's

1 response to the defendant's § 2255 motion.  The second extension
2 resulted in a due date of April 17, 2006.
3     6.  <u>Greer</u> was a two-defendant RICO case which commenced trial
4 on November 15, 2005.  The jury returned its verdict on April 7,
5 2006.  While waiting for the verdict, I started working on the
6 government's response to the instant § 2255 motion.  I was able to
7 complete what I believe to be well over half of the government's
8 brief.  I was also able to research the other issues which I have
9 not yet addressed in my brief.
10    7.  After having extensive discussions with Michael Artan,
11 Mr. Ross' counsel, I decided to request an extension of time to
12 file the government's brief rather than finishing it by
13 April 17th.  Mr. Artan and I discussed a number of issues
14 relating to his client's § 2255 motion.  As these issues were
15 difficult to resolve, Mr. Artan suggested that I request an
16 extension of time to file my brief rather than completing that
17 brief by April 17th.
18    8.  I decided that Mr. Artan's suggestion regarding an
19 extension of time to file the government's brief was appropriate.
20 On April 17, 2006, I filed the government's third request for an
21 extension of time.  On or about April 20, 2006, the court filed an
22 order in which it granted the government's request, and ordered
23 the government to file its brief by May 31, 2006.
24    9.  As Mr. Artan and I had still not resolved the issues we
25 have been discussing, on or about May 31, 2006, I filed the
26 government's fourth request for an extension of time.  The court
27 granted this request, and ordered the government to file its brief
28 by July 12, 2006.

10. As of today, Mr. Artan and I have still not resolved all of the issues we have been discussing.  These issues are extremely unique and complex, and have required more time to address than anticipated.

11. I spoke to Mr. Artan yesterday.  He and I would still like to address the aforementioned issues before the government files any response to the defendant's § 2255 motion.  As Mr. Artan and I propose to continue to pursue these issues, it makes little sense to file the government's brief until these issues are resolved.

12.  The date that Mr. Artan and I have agreed upon for the filing of the government's brief is August 21, 2006.  We are both hopeful that this new date will provide us with the opportunity to address all outstanding issues prior to any filing of the government's brief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 12th day of July, 2006, at Sacramento, California.


/s/ Kenneth J. Melikian__
KENNETH J. MELIKIAN

```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>THOMAS RAYMOND ROSS,<br><br>Defendant/Petitioner. | CR.S-99-043 WBS<br><br>ORDER |

   For good cause as established in the government's request for an extension of time;

   IT IS HEREBY ORDERED, that the government may have until August 21, 2006 to respond to the petitioner's motion in this matter.

DATED: July 31, 2006.

UNITED STATES MAGISTRATE JUDGE

/ross0043.ext5