IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR. S-99-0043 WBS/EFB

    vs.

THOMAS RAYMOND ROSS,

    Movant.                <u>ORDER</u>

_____/

    The parties having stipulated and good cause appearing therefor, IT IS HEREBY ORDERED that the court's March 12, 2007 Order be modified to allow movant, Thomas Raymond Ross, thirty days to file his reply to the government's response to the motion filed under 28 U.S.C. § 2255.

    So Ordered.

Dated: July 2, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE