McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-1000
Sacramento, CA   95814
Telephone: 916/554-2700

Counsel for Plaintiff/Respondent
United States of America

Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone:  213/688-0370
Facsimile:  213/627-9201

Counsel for Defendant/Movant
Thomas Raymond Ross

# UNITED STATES DISTRICT COURT,

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>    v.<br><br>THOMAS RAYMOND ROSS,<br><br>        Defendant/Movant.<br>_____/ | Case No.: CR S-99-043 WBS EFB<br><br>--[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT/MOVANT TO FILE REPLY |

---[PROPOSED]-ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT/MOVANT TO FILE REPLY –

Page 1

**ORDER ON STIPULATION**

The parties having stipulated and good cause appearing therefor, IT IS HEREBY ORDERED that Defendant/Movant Thomas Raymond Ross is granted until October 1, 2007 to file his reply to the government's response to the motion filed under 18 U.S.C. section 2255.

So Ordered.

Dated: August 13, 2007

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE