

**FILED**

APR **1 1** 2011



CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2: CR. S-99-043-WBS |
| Plaintiff, | ) |
| v. | ) CHARACTER REFERENCE LETTERS |
| THOMAS RAYMOND ROSS, | ) |
| Defendant. | ) |

## Honorable William B. Shubb

United States District Court
Eastern District of California
501 I street room #4-200

RE: United States vs. Thomas Raymond Ross
Case # 99-043

I Betty Ross the mother of Thomas Raymond Ross who is currently being detained at Taft correctional facility in Taft California am writing this letter in regards to our son, growing up Thomas was a well liked and respected person. He always tried so hard to complete his goals in life. Thomas has been incarcerated for twelve years of his lifetime. He has allways been a family orientated person who loves his family dearly.

I have tried to do my best raising my son. We were proud parents of Thomas Raymond when he graduated from Woodside High School. We knew he would make us happy parents. He always Tried so hard to achieve his goals
As time goes by Thomas kids are getting older my husband and I are getting up there in age also. I feel that our son Thomas Raymond Ross deserves a second chance at his life ,to raise his kids and grandkids as a responsible person should.

We need our son Thomas Raymond around. We only have one life and would like to live it with our son and his family. Thomas Is really a great person that helped us and the community in many different ways. He is truly missed by everyone.

I am asking for your help to bring our son home. If you can please take the time to look over his case That will be much appreciated

Asking for your urgent Attention
From the parents of Thomas Raymond Ross
Betty & Cecil Ross

CR 99-43
USA vs Ross

Dear Judge Shuss

I really want my dad home. He hasn't been home with me ever. He's been in jail my whole life and my little sisters. I don't know how to do anything such as ( fish, camp) He's never been to my school, football games, basketball games. I just really wish you will let my dad home.

Sincerely
Tre'Vaughn
Ross

CR 99-43
USA vs Ross

Dear Judge Shubb
      I'm the wife or Thomas
Ross, Angela Ross. The
reason I'm writing you
is that I'm in dire Need
for my husband to come
home. He has been in
Prison for eleven years
now, he has missed his
Children's Lives our youngest
Son is eleven he has
missed his entire life.
Though we do visit him
three times a month
it is not the same I
have done my best to
keep Thomas a part of
this family with the
visit, sending report cards
and school work, Pictures
etc. Together Thomas and
I have five Children
and one Grandchild. He
has missed all of his
Children's Sport activities, and
School functions.

I'm sure you know
how terrible the ecomomy
is, I need him home
to work so he can
help support our family
though I do work 40 hrs
a week it is not enough
Thomas has always had
a job and went to School
prior to his incarceration
even after he lost his
Job with Alza, he started
his own business Painting
So I'm confident he will
Seek employment right
away. I know you
probably get letters
like this all the time
Sir, So I will try to
Keep this short and hope
that you do not feel
disrespected by me
having our family
right these letters.
Thomas has done his
Prison time the best

way possible he has always
kept a Job and has
completed different courses
and classes I have
enclosed some of his
certificates and grades.
I'm Praying that you
will take all of this
into consideration Sir,
We need Thomas home
So bad!

Thank you for
your time
Angela Roos

P.S.

I'm Sorry all the letters
are not hand written, due
to the fact that I moved
my family to Lompoc 8 yrs
ago to be closer to thomas
I know longer can see any
of our family quickly they
are all at least five hrs
away so I had them either
fax or email them to me

Hi, my name is DaShaun Ross. I am the oldest son of Thomas Ross. Ever since
I could remember my father has been a caring, hardworking, and productive
person. He lead by example, and always steered me in the right direction.
The past eleven years have been difficult not having him around. We have
always been close, however, I feel that since he has been in jail our
relationship has suffered. Because of his situation he has missed out on
some of the most important moments of my life. Currently, I am at a point in
my life where I would really benefit from guidance from my father. Having a
son of my own has presented new challenges. Not only would it benefit me,
but it would benefit my son as well if he were to be released. He has
already missed out on so much of my life, I would hate to see him miss out
on my son's life also. My siblings would also benefit from his release,
because he will be able to reunite us as a family. Overall, the release of
my father would mean a lot to many people, and allow him to continue on with
his life and be the productive person he has always been. Thank you for your time.

Dashaun Ross

Your Honor,                                    ①

My name is Cathy Cepstny-Hendricks.
I am writing in Regards to Thomas R.
Ross. It had come to my attention
that his case is coming Before you
again.

Thomas is my Son in law.
He has Been a loving part of
my family for many years. All
these many years he has Been
in prison has Been very hard not
Only on him But us as well. My
feelings on him Being put in prison
are not important after all this time
But I do feel he has Been there
long enough. Thomas has used
his time there taking many classes
and Becoming even more Educated
than he was Before he went in.
Most Recently he has Become very
interested in ministry sharing things
he has learned with me and my
family via mail.

I pray that when you Review
his case that you take into consideration
the fact that he has Been a model

②

prison, has worked hard at the prison. He has had and taken advantage of the things that were offered to him in prison.

I hope you will consider letting Thomas come home. I would like to see him have the chance to help Raise his children in the last years of their childhood, To watch his son play sports and to Be a part of our family again. We miss him and love him very much.

Thomas has a home, a loving wife, Beautiful children and a new grandson to come home to. He also has extended family who are waiting with open arms for his Return.

Thank you Judge Shubb for taking the time to read this letter I know alot of inmates have nothing to come home to, But our Thomas does.

Respectfully

Cathy Gentry-Hendricks

CR 99-43 : USA VS ROSS

April 5, 2011


The Honorable Schubb


Regarding:    Inmate Thomas Ross


Dear Honorable Schubb:

I am writing in regards to Inmate Thomas Ross. I am under the impression that you will be reviewing his case sometime this month to determine his possible release. I just wanted to write to you to explain why I feel Mr. Ross should be released from his prison sentence as soon as possible.

Mr. Ross is mine and my husband's son-in-law. I want you to know that he has always been a very hard worker and an asset to his community before his incarceration. He always held a job, usually two jobs, to take care of his family commitments.

Besides his career responsibilities, his family always came first and still does. His wife and children have been there for him ever since I can remember. To this day she packs up the children, drives 5 hours each way every Sunday, so that his children can visit with their father. Even during his incarceration Mr. Ross has been a caring and nurturing father and husband under the hardest circumstances.

I truly feel that Mr. Ross has served his time in prison and needs to be able to come home to his family. He is missing out on his children and grandchildren's lives and truly needs to be back in their life. We try to be there as their grandparent's, but we cannot replace the love and nurturing only their father can give them.

If you wish to speak to me personally or write me, I can be reached during regular business hours at the National Labor Relations Board, 901 Market Street, Suite 901, San Francisco, California 94103 (415 356-5142).

Again, I hope that you can see the positive reasons why Mr. Ross would be a better asset to his community and his family if he was released and able to live his life with his family.

Sincerely,

Donna C. Gentry

CR 99-43: USA vs ROSS

April 4, 2011

Dear Honorable Judge,

I have known Thomas Ross for almost 15 years. He is a wonderful husband to my cousin and an excellent father to their children. He is a good man. He is an honorable, loyal, and honest man. He has become a cherished member of our family. He has high moral and ethical standards and has a great sense of responsibility. Not only is he a member of our family, but he is a great friend. He is funny, understanding, caring, and giving. He has been missed tremendously.

I know that he has been convicted of a crime but he has served his time and we hope you will allow him to come home and be with his family. He has children that he has missed seeing them grow up and be there for all those precious moments. His family has extremely missed him and is very eager to bring their family back together and start anew. They are anxiously awaiting the day when they can be a family again and share life's moments together.

We hope that you will take his excellent behavior while incarcerated into consideration, as well as his wonderful characteristics as a person, to make a ruling to have him released with time served. Our family has been keeping the faith that this day will come soon.

Thank you very much for your time, attention, and consideration.

Sincerely,

Sonya L. Richerson

Sonya L. Richerson

April 3, 2011

Dear Judge Shubb,

My husband and I are writing on behalf of Thomas Ross. We believe that his case is coming to your attention shortly.

We are interested in his case as he is married to our niece, Angela Ross, and we are great aunt and uncle to their children.

Thomas has been incarcerated for eleven years. His children are being raised without the benefit of their fathers close involvement. His "time" would be much better served in being a father to them and a husband to our niece.

My husband and I have worked with people in mental and medical health environments for a combined number of 73 years. We have a considerable ability to judge the nature of people. We judge Thomas to be a good person and one who is deserving of the opportunity to reenter society to be productive.

Prior to his incarceration, Thomas was a contributing citizen. First, he honorably served his country in the Army. After that he worked full time, went to the local community college part time, and was a model parent. We find him to be a fine person with values that many might consider to be old-fashioned. Values including putting family first, doing the best possible thing, helping others, going to work, working to better oneself, and parenting in a kind and conscientious manner.

We know that during his time in prison he has held responsible jobs both in the kitchen and the motor pool. He has continued his education to the best of his ability. Thomas telephones his wife daily, and is as involved in the life of his family as much as possible. I have maintained a written correspondence with Thomas during his entire time away. I feel that I know him well and we believe that he could only be a benefit to society if released.

I have prayed every day for the past eleven years that he will be allowed to return home to do what he can do best, and that is to be a devoted and loving husband and father; a welcome part of our family.

We appreciate your time and thoughtfulness in this case,

Sincerely,

Michael D. and Peggy J. Richerson
286 Woolner Court
Fairfield, CA 94533

CR99-43: USA VS Ross

April 4, 2011


Dear Honorable Judge,


I have known Thomas Ross for almost 15 years. He is a good, decent, and honorable family man. He has become a cherished member of our family. He is a wonderful father and husband. He is a hardworking, honest, and loyal man. He is giving, loving, and is of highest morals and responsibility. He is an upstanding citizen with a great sense of purpose.

I understand that he has been convicted of a crime but his time should be complete now to allow him to come home and be with his family to pick up his life and start again. His family has missed him tremendously and is eager to bring their family back together.

Please consider his excellent behavior while incarcerated, as well as his wonderful characteristics in general, to allow him to have time served and release him. Our entire family is anxiously awaiting that day.


Thank you very much for your time, attention, and consideration.


Sincerely,


Terry Faith

*3316 E. Wilton Street #2   Long Beach, CA 90804*
*562-335-9082 • Mrsprioleau@charter.net*

CR 99-43. USA VS ROSS

April 3, 2012

The Honorable Judge Shubb:

My name is Lushandra Prioleau. I am writing this letter of character reference for Thomas Ross. My family has the great pleasure of knowing Thomas Ross and his family for the last seven years. It is very hard to be a great parent when incarcerated, however Thomas is a great father and husband despite his current circumstances. His wife is working very hard to maintain their family in his absence and his children miss him dearly. His family needs him at home.

I am confident he will find gainful employment and work hard to provide for his family. He has worked hard while incarcerated and completed numerous classes. He uses his time behind bars to educate himself in order to make a better life for himself and his family. He has served in a leadership capacity while at Taft Correctional Facility and his is working hard to improve the quality of life for his fellow inmates.

Thomas is a GOD fearing man that loves his family. He has been a model inmate and hard worker. He has spent many years away from his family and it is my hope and prayer you will set him free. He will not take a second chance on life for granted and he will be a model citizen and great family man.

If you have any further questions or concerns, please feel free to contact me at (562) 335-9082.

Sincerely,

Lushandra Prioleau



**Management & Training Corporation**

Taft Correctional Institution
1500 Cadet Road
P.O. Box 7000
Taft, CA 93268

# CONFIRMATION OF PROGRAMING
## ENROLLMENT TO CHAPLAINS COLLEGE

### Chaplains College

**Date of Enrollment:** _August_ (2010)/2011

**From:** Chaplain Dale Scadron

The Religious Services Department at the Taft Correctional Facility for programing verification certifies that:

Inmate: _Thomas Ross_ # _11416-097_ has enrolled in Chaplains College, a 12-14 month Academic Program.

Should the inmate terminate enrollment or be removed from programming the inmates counselor will be notified.

## CHAPEL LIFE DEVELOPMENT PROGRAM

Approved by: Chaplain Dale A. Scadron

AD-003



## FINAL GRADE REPORT

Name: _Thomas Ross_                Class Name: _OT Survey_

Number: _11416-097_                Session Number: _1-2010_

Homework: _100_

Essays: _90_

Quizzes: _____

Extra Credit: _____

Final Exam: _88.5_

**FINAL GRADE:** _91.7/A-_

Comments: _Great Effort, Great Start!_

_____

_____

Instructor Signature: _____

Chaplain Signature: _____

CR99-43 USA vs Ross

**ALLAN HANCOCK COLLEGE**

800 South College Drive • Santa Maria, CA 93454-6399 • 805-922-6966

## DO NOT DESTROY THIS DOCUMENT - IT IS PROOF OF ENROLLMENT

*It is your responsibility to verify the accuracy of this document.*

```
Spring 2007    SEMESTER                    DATE: 01/08/2007    853932
                                          ++++++++ BOG = BB
XXX-XX-8518 ROSS           THOMAS     R  805 736-4154  7/17/1967 RES:CALIF.
3600 GUARD RD NO 11416-097  LOMPOC, CA  93436

TKT    COURSE     MTWRFSU TIME     INSTRUCTOR  ROOM  UNITS  STAT  DATE  GD
4846F PSYCH 101     R     06:00PM  Groce D     CAMP   3.0    R    1/08
                          1/22/2007 TO  5/18/2007  16 WKS
                                                   *****
                                  TOTAL UNITS      3.0

       **NO CURRENT ID CARD**
```

**ALLAN HANCOCK COLLEGE**

800 South College Drive • Santa Maria, CA 93454-6399 • 805-922-6966

## DO NOT DESTROY THIS DOCUMENT - IT IS PROOF OF ENROLLMENT

*It is your responsibility to verify the accuracy of this document.*

Summer 2007    SEMESTER                                    DATE: 06/01/2007    879152
                                                           ++++++++ BOG = B
XXX-XX-8518 ROSS              THOMAS    R  805 736-4154  7/17/1967 RES:CALIF.
3600 GUARD RD NO 11416-097  LOMPOC, CA  93436

| TKT | COURSE | MTWRFSU | TIME | INSTRUCTOR | ROOM | UNITS | STAT | DATE | GD |
|-----|--------|---------|------|------------|------|-------|------|------|-----|
| 0156F | PSYCH 113 | T R | 06:00PM | Groce D | FCILPC | 3.0 | R | 6/01 | |
| | | | 6/18/2007 TO 8/08/2007 | 8 WKS | | | | | |
| | | | | | | | ***** | | |
| | | | | TOTAL UNITS | | 3.0 | | | |

\*\*NO CURRENT ID CARD\*\*

# Certificate Of Completion

This certificate is Hereby Granted to

## Thomas Ross

for Successfully Completing College Courses from:

## Allan Hancock

September 28, 2007
FCI
Lompoc, California

M. Brown
Education Programs Administrator



# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Thomas Ross*

11416-097

In Recognition of Completion

*Positive Parenting Program*

On This 22nd Day of September in the Year Two Thousand and Ten

Taft, California

G. Robinson, Vocational Instructor



UK14-43 WSH-VS Ross

*Certificate of Achievement*

## TAFT CORRECTIONAL INSTITUTUION

*In Recognition of Completing*

# TOASTMASTERS



**ATTENDANCE/ICE BREAKER**

*presented to:*

**ROSS, THOMAS R**

11416-097

on the 22nd day of March 2010

Taft, California



M. Oliver, Staff Facilitator



CR69-05 USA vs RUSS

# Certificate of Completion

### Is here by granted to

**For Successfully Completing 12 CEU hours of Clinical Training in:**

The SAMHSA MATRIX MODEL of Treatment

For People with Stimulant Use Disorders



## ACTS Counseling Substance Abuse Training Services

_Thomas Ross_

March 2011
Date of Completion



Provider Number 3S-09-130-1211

Edward Garcia CEO/Founder



## FINAL GRADE REPORT

Name: _THOMAS ROSS_          Class Name: _N.T. SURVEY_

Number: _11414-097_          Session Number: _____

Homework: _87.5 %_

Essays: _90 %_

Quizzes: _67 %_

Extra Credit: _____

Final Exam: _77.6 % "C+"_

## FINAL GRADE: _83 % B_

Comments: _GOOD JOB. YOU HAVE MUCH TO_
_GIVE AND MANY WILL BENEFIT FROM YOUR_
_LIFE._
_____

Instructor Signature: _____

Chaplain Signature: _____

CR99-43: USA vs Ross

Thomas Ross
11416-097   ①

JESUS ROLE IN GOD'S PLAN        01/11/10

## FINAL PAPER

Through writing this paper, I came to an understanding of what it is that I believe, That Jesus' role in God's plan are in the same. Their plan for our redemption from sin to bring us into perfect union as we had in the Garden of Eden. Through my journey in writing this paper, I was pulled in a different direction of what Jesus role was. After further studying of the Bible, The truth was revealed to me. So what was Jesus role?

Lets look at the begining, in the Garden of Eden. Adam and Eve had a <u>Perfect union with God</u>, Genesis 2:18-25. The word <u>Perfect means</u> - without defect, complete. God created man and woman to live happy on earth and to love him, but the perfect union between God and man was put to a test by Satan, The original serpent. Adam, led by Eve who was herself led by the serpent, deceived God by eating the forbidden fruit. The two of them were disobedient and because of that, Adam sin became part of him and that sin was going to be passed to his decendants They were cursed by God's promise of expectation of pain and death, Genesis 3:17-19. Now in Genesis 3:15, God made arrangements to give man hope by prophecing that an offspring will crush the head of the one causing Adam and Eve to sin.

The offspring God revealed was going to come through Abraham, Isaac, Jacob, and David. Isaiah 7:13-14 Quotes, "And he said, " Hear then, O'house of David! Is it too little for you to weary men That you weary God also, Therefore the Lord himself will give you a sign." Behold the virgin shall conceive and bear a son, and shall call his name Immanuel." Immanuel meaning " God with us." God's

PROMISE TO SAVE, BLESS AND PROTECT his CHILDREN
(THE REFORMATION STUDY BIBLE, Page 960 COMMENTARY ON
IMMANUEL). ALSO, ALL THE GOSPELS TELLS US AT THE
BEGINNING that, AT THE APPOINTED TIME GOD SENT AN
ANGEL TO VISIT A WOMAN NAMED MARY TO RELAY NEWS
THAT SHE HAD BEEN CHOSEN TO which she will give
BIRTH TO A PERFECT MAN who's NAME would be
JESUS, (LUKE 1:30-33). THE fulfillment OF THE
PROPHECY OF ISAIAH 7:14 is fulfilled IN MATTHEW
1:23.

GOD'S PLAN TO REDEEM MAN BEGIN IN
THE GARDEN OF EDEN IN GENESIS 3:15 AS HE STATES,
THE FIRST prophecy OF WHAT his SEED WILL DO. This
SEED being JESUS CHRIST, THE REDEEMER. REDEEMER
WORD STUDY by THE COMPLETE WORD STUDY OLD TESTAMENT
LEXCAL AIDS SAYS THAT, 6299, PADHAH: This ROOT
MEANS TO SEVER, TO REDEEM by PAYING A PRICE,
RANSOM; TO SET FREE FROM SERVITUDE; TO LET GO;
TO DISMISS; TO RESCUE AND DELIVER FROM DANGER.
IN LUKE 4:16-21, It BASICALLY STATES THAT JESUS
prophecy fulfillment AND purpose was TO declare
GOOD NEWS TO THE POOR, TO PREACH A RELEASE TO
THE CAPTIVES AND RECOVERY OF sight TO THE
BLIND, TO SEND THE CRUSHED ONES AWAY WITH
RELEASE TO PREACH GOD ACCEPTABLE YEAR. JESUS
was READING FROM THE ISAIAH SCROLL WHICH STATES,
JESUS SAYING, "TODAY THIS SCRIPTURE that you JUST
HEARD is fulfilled." NOT THAT THE prophecy was
fulfilled by JESUS READING FROM THE SCROLL, but by
JESUS being ON EARTH IN THE FLESH AND being
100% DIETY OF GOD, THEN THE prophecy was
fulfilled. QUOTED FROM ISAIAH 61:1-2 AND ISAIAH 42:1-8,

THAT ONE GOD has APPROVED FROM ISAIAH 42:1-8
REFERS ALSO TO MATHEW 3:16-17 witich SAIDS, " AFTER being
BAPTIZED, JESUS IMMEDIATELY CAME UP FROM THE WATER,
AND LOOK! THE HEAVENS WERE OPENED UP, AND HE
SAW DESCENDING LIKE A DOVE GOD'S SPIRIT COMING



UPON him, LOOK! ALSO, THERE WAS A VOICE FROM THE HEAVENS THAT SAID," THIS IS MY SON, THE BELOVED whom I have APPROVED.

FOR 3½ YEARS, JESUS Proclaims THE GOOD NEWS AND PERFORMS MANY MIRACLES, EVEN RESURRECTING PEOPLE, BUT THAT wasn't THE MAIN REASON Why JESUS WAS SENT TO EARTH. John 20:30·31 AND THE SCRIPTURE IN JOHN 6:40 WHICH STATES," FOR THIS IS THE WILL OF MY FATHER, THAT EVERYONE THAT BEHOLDS THE SON AND EXERCISES FAITH IN HIM SHOULD HAVE EVERLASTING LIFE, AND I WILL RESURRECT HIM AT THE LAST DAY."

THIS help us UNDERSTAND THE PURPOSE OF US," HAVING FAITH IN HIM." FAITH MEANING FROM THE KING JAMES HOLY BIBLE DICTIONARY AND CONCORDANCE; FAITH IS BELIEF IN, TRUST IN, AND LOYALTY TO GOD. ONE BELIEF IS THAT HAVING FAITH IS THE ONLY CONDITION OF SALVATION AND OTHERS BELIEVE THAT IT INCLUDES REPENTANCE, CONFESSION OF SINS AND OBEDIENCE. Through CHRIST OUR SAVIOR. II CHRONICLES 19.9, ACTS 2:38; 16:31; Galatians 3:11. THAT IS EXACTLY WHY WE MUST TAKE MORE SERIOUS THE TRUE MEANING OF FAITH INSTEAD OF JUST SAYING," JESUS CHRIST IS OUR SAVIOR." AND NOT UNDERSTANDING what THE BIBLE TEACHES US. WE ALSO LEARN THAT IN MATHEW 20:28 AND I TIMOTHY 2:3-6, THAT JESUS CHRIST gave HIS LIFE AS A RANSOM FOR OUR SINS. That's WHY WE SHOULD HAVE FAITH IN JESUS CHRIST.

IN HEBREW 9:1-10, WE get A BRIEF DISCRIPTION OF THE HOLY TEMPLE, THE MOST SPECIFIC, THE HOLY WHERE THE PRIEST WOULD OFFER SACRIFICES TO GOD FOR FORGIVENESS OF SINS. ALL OF THIS WAS A REPRESENTATION OF THE GREATEST SACRIFICE OF all THEM, THE ONE OF WHICH WE READ IN HEBREWS 9:11-15 AND HEBREWS 9:23-26, THESE SCRIPTURES HELPS US UNDERSTAND ALSO THE METAPHOR APOSTLE JOHN USED IN REVELATION 5:5-6 IN WHICH COMPARES·



JESUS TO A LAMB that has BEEN SLAUGHTED AND
WE KNOW FROM THE SCRIPTURE that JESUS WAS NOT
THE ANIMAL LAMB, but THIS WAS A REPRESENTATION
OF his BLOOD ON THE SYMBOLIC ALTER WHERE
HE WAS SLAUGHTERED FOR OUR SINS AS A SACRIFICE
TO GOD,

NOW WE CAN MEDITATE ON THE WORDS OF
HEBREWS 10:26-27." FOR IF WE PRACTICE SIN WILLfully
AFTER hAVING RECEIVED THE ACCURATE KNOWLEDGE OF
THE TRUTH, THERE IS NO LONGER AND SACRIFICE FOR
SINS LEFT, but THERE IS A FIERY JEAlOUSLY THAT
IS GOING TO CONSUME THOSE IN OPPOSITION, By
Application OF THIS SCRIPTURE IN OUR LIVES, WE
ARE hEID TO A HighER STANDARD IN THE EYES
OF GOD. JESUS CHRIST DIED ON A CROSS FOR OUR
SINS SO THAT WE hAVE SALVATION.

FOR ME, PROVERBS 3:5 - TRUST IN THE LORD
WITH All YOUR HEART AND PROVERBS 3:13 - BLESSED IS
THE ONE WHO fiNDS WISDOM, AND THE ONE WHO
GETS UNDERSTANDING, That is what has happeneD
TO ME rEWRITING THIS PAPER. GOD CONTINUED
TO WORK IN ME Through MY hEART HE DIDN'T
hANT TO LEAVE ME WITH THE WRONG UNDERSTANDING,
THE TRUE UNDERSTANDING OF his WORD has GIVEN
ME WISDOM. THAT'S WHY IN PROVERBS 8:17 - I
LOVE THOSE WHO LOVE ME AND THOSE WHO SEEK
ME DILIGENTLY FIND ME,

THE END

FINAL PAPER

"SIN That DWElls IN MAN"

The point of this paper is TO show The relationship
between The original sin, Genesis chapter 2 & 3 covers The
original sin in detail and whatw to be Learned in Roman 6:23,
and how sin is progressing in our society Today. My conclusion
will show The lasting effects of sin in our society And how
we can make effort to give up sin.

The original sin by adam and Eve in Genesis Teaches
us that A loving GOD created man and woman to live on
EARTH forever. GOD gave command to which TREE TO eat from
and which tree not To eat from (TREE of Knowledge) in
the garden of Eden. Genesis 2:17, Teaches us that GOD said,
"That for the day you eat from it you will positively die." IN
Genesis 3:6-13, we Learn That Eve being deceived and Adam falling
into Transgression. As we see Adam and Eve disobedience
of a clear direction by GOD we see sin brought into
The world, creating a snowball effect. This is confirmed in
1-TIMOTHY 2:13-14, we read and fully understand in more
detail in Genesis 3:14-19 where ne cleary get the picture
that sin was going to effect humankind in THE world
FOR Generations to come.

Now, when we read Romans 6:23, which saids," FOR
The wages of sin is death, but The gift of GOD is ETERNAl
Life in CHRIST JESUS OUR LORD." We can now cross reference
what was Learned in Genesis, chapter 2 & 3. How did sin
Equal death FOR human KIND? Basically meaning, The pay That
A person Learns FOR being obedient TO sin is death. DEATH
being the debt Learned FoR sinning. There is No Amount
of work That a person could perform To get GOD's grace
is ETERNAL Life The gift of GOD.

TO get ETERNAL Life, one MUST understand The
Teachings of MATHEW 20:28, which saids," Just as the son
of MAN did NOT come to be served, but to serve AND TO
give his life a ransom FOR many." That meaning, GOD
loved The world so much, he gave his only begotten son,

②

perish but have everlasting life. Quoted in John 3:16. That's why it's very important to understand Jesus Christ blood being that one time sacrifice for all humankind and the value of his shedded blood which provides remission of sin, Quoted in Hebrews 9:14,22.

Now, both sides of Romans 6:23 have been addressed. The picture is clear of how sin plays a rampant role in our society. The meaning of sin in the Webster Dictionary meaning of sin being a breaking of a law enforced by religion and meaning of sin in the King James Version Bible meaning the transgression of the law of God and all unrighteousness is sin. By these meanings, why does society continue to dwell in sin? Sin influences lead to the media and marketing specialist to promote sin by: using the internet, television, radio, news papers, magazines, etc. Sin is promoted worldy by these types of communication outlets. The one interesting about that is, society wants to dwell in sin. Ratings across the world in all areas of media and marketing output is progressing.

18 There is a city named Sin, Los Vegas, sin city where people all across the world travel thousands of miles and spend thousands of dollars to enjoy, because of the gambling, promoted sex, partying and drugs, etc. Speaking of spending dollars, the government of the united states, which is supposed to be faith base, has got out of control. Currency even has printed on it; "In God we trust." The way our government is abusing currency is helping media outlets push God further out of our society.

The government claims that they must uphold our country amendment rights and secure our freedom of speech acts, but fail to realize that this country is in much need to be closer to God and live by the faith that Jesus Christ is our savior. It doesn't seem as if we trust in God!

Now, could all the sin that humankind dwell in be a reminder that the Bible speaks of the last days in 2-Timothy 3:1-4? which reads," But know this, that in the last days, perilous times will

OF MONEY, boasters, proud, blashemers, disobedient to parents, unthankful, unHoly, unLoving, unforgiving, slanderers, without self-control, DeuTal, despisers of GoD, TRAitors, head strong, Haughty, lovers of pleasure, Rather than Lovers of GoD. This scripture speaks of all That our society has become. One might even Think, why has there been so many recently wordly disasters? MATHEN 24: 3-11 speaks of the coming of the last days: MAJOR EARTHquakes, Flooding wordly, Record briaking winter storms, Major HEATWAVES, Unexplainable Human accidents (OiL spills in Major waters), uncurable deseases, Governments clashing and off the map sexual desires, etc. The bible clearly speaks of these days to come and we know that the bible is the word of GoD, Inspired by the Holy spirit.

What must we do as a society to change our unGodly ways and spread Godly living and stop the wordly snowballing effect? How can we make an effort to give up sin? First, we must Learn who GoD is and get a understanding how much he loves us. we must understand the purpose of GoD sending his only begotten son to Earth to die for our sins and why Jesus death on a cross is so important for our salvation. we must learn how important prayer is and how to pray To GoD Through Jesus christ, the only mediator between man and GoD, 1-Timothy 2:3-6. we must Love our families and do right by our children because The children are our future. we must Join the spiritual body of christ and go to church with our families so we can continue to learn how the bible teaches us to live. AFTER All, The bible is the format by GoD for us to live by. The flesh has its own desires and satan will continue to try and win over us, but if we come together as a whole, and Live by Faith, Live Righteously, GoD will bless us. Romans 10:11 says, " For The scripture says," None that rest in Faith on him will be disappointed. That speaks volumes on what we as a society must

a whole must get this right because time is running out and being wasted. Hebrews 6:7 states," For example The ground that drinks in the rain which often comes upon it, and that then brings Forth vegetation suitable to These For whom it is also cultivated, received in return a blessing From God. ...

In conclusion, The purpose of This paper was to show a correlation between original sin, what The scripture speaks of in Romans 6:23 And how sin is rampant in our society today. Adam's disobedience to God in the Garden of Eden started a snowball effect that is getting bigger And bigger every Generation all The issues have been properly addressed, but we must Take serious what paul Teaches. why continue to Live in or by sin? we have a choice, sin only equals to death And awaiting resurrection, Acts 7:60, Jesus Christ Died And went to Sheol. Actn 2:27 and was resurrected by The Father After 3 days. Now, we must Live by Faith in Jesus Christ, In Return, we recieve The Gift from God, Eternal Life. We must believe heartly what Jesus Christ has done For us. To stop the snow-balling effect of sin And as heads of our households, Teach our children how to live Life apart from sin.