IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-99-00043 WBS EFB |
| Respondent, | CV S-05-00167 WBS EFB |
| vs. | Crt. of App. No. 11-16590 |
| THOMAS RAYMOND ROSS, | ORDER DENYING CERTIFICATE |
| Movant. | OF APPEALABILITY |

       On May 25, 2011, this court adopted the Magistrate Judge's Findings and Recommendations of March 30, 2011, and denied defendant's motion of January 20, 2005 to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On June 8, 2011, defendant filed notice of appeal from that Order.  For the reasons set forth in the Magistrate Judge's Findings and Recommendations, this court now declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

       The Clerk shall forward a copy of this Order along with the record in this case to the Clerk of the United States Court of Appeals for the Ninth Circuit.

       IT IS SO ORDERED.

DATED:  August 12, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1