BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant United States Attorney
Appellate Chief –Eastern District
501 I Street, Suite 10-1000
Sacramento, CA   95814
Telephone: 916/554-2700
*Counsel for Plaintiff*
*United States of America*

MICHAEL H. ARTAN (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone:  213/688-0370
Facsimile:  213/627-9201
*Counsel for Defendant*
*Thomas Raymond Ross*

# UNITED STATES DISTRICT COURT,

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.:   2:99-cr-43-WBS |
| Plaintiff/Respondent, | 2:05-cv-167-WBS |
| | **ORDER SETTING MATTER** |
| v. | **FOR HEARING** |
| THOMAS RAYMOND ROSS, | |
| Defendant/Movant. | |

/ / /

/ / /

The parties having stipulated and good cause appearing for the relief sought,

**IT IS HEREBY ORDERED that** a hearing on this matter is set for May 6, 2013 at 9:30 a.m., for further proceedings pertaining to a disposition requested by the parties.

Dated:  April 09, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE